# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| MIKO SQUIRE | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:17-cv-03597 |
| | | Hon. Marvin J. Garbis |
| FEDEX FREIGHT, INC. | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \*

## DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant FedEx Freight, Inc. ("FedEx") files its Partial Motion to Dismiss Plaintiff's Amended Complaint, as follows:

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), FedEx moves for partial dismissal of the Amended Complaint to the extent its allegations exceed the scope of Plaintiff's EEOC charge. On this issue, FedEx is entitled to dismissal under Fed. R. Civ. P. 12 (b)(1) and 12(b)(6). In support of this motion, FedEx has contemporaneously filed its Memorandum of Points and Authorities in Support of Defendant FedEx Freight, Inc.'s Partial Motion to Dismiss Plaintiff's Amended Complaint.

WHEREFORE, FedEx respectfully requests that this Court grant its Motion, and grant all other relief which it deems appropriate for the reasons set forth in the accompanying Memorandum of Points and Authorities.

                      Respectfully submitted,

                      FEDEX FREIGHT, INC.

                      /s/Timothy S. Bland
                      Timothy S. Bland, #015376
                      Senior Counsel
                      1715 Aaron Brenner Drive
                      Suite 600
                      Memphis, TN 38120
                      (901) 434-3318-Direct
                      (901) 434-3190-Fax
                      timothy.bland@fedex.com


                      /s/ Garrett Wozniak
                      Eric Paltell, #04876
                      J. Garrett Wozniak, #18919
                      Kollman & Saucier, P.A.
                      The Business Law Building
                      1823 York Road
                      Timonium, Maryland 21093
                      Phone:  (410) 727-4300
                      Fax:  (410) 727-4391
                      epaltell@kollmanlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 16th of February 2018, a copy of the foregoing Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                      /s/ Timothy S. Bland
                      Timothy S. Bland

FedEx Freight, Inc.
1715 Aaron Brenner Drive
Suite 600
Memphis, TN 38120
(901) 434-3318-Direct
(901) 434-3190-Fax